THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CHICAGO MALE MEDICAL CLINIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ULTIMATE MANAGEMENT, INC., and JEFFREY FROMBERG,<br><br>Defendants. | Case No.: 5:13-cv-199-SJO-OP<br><br>Hon. S. James Otero<br><br>JS-6 |

## JUDGMENT

From November 19, 2014, through December 5, 2014, a bench trial was held in the above-styled case. Based upon the the Findings of Fact and Conclusions of Law entered in this case, which were docketed via minute entry on December 16, 2014 (doc. no. 163), it is ORDERED, ADJUDGED, and DECREED as follows:

1. On Plaintiff's First Claim for Relief, Defendants, Ultimate Management Inc., and Jeffrey Fromberg, are jointly and severally liable for violation of Section 5 of the Illinois Franchise Disclosure Act, 815 Ill. Comp Stat. 705/5,. Damages are awarded as follows:

    a) The agreement entered into on November 3, 2010, between Plaintiff, Chicago Male Medical Clinic, LLC, and Defendant, Ultimate Management Inc., entitled "Continuing Consultation and Compensation Agreement," is hereby rescinded.

    b) Because of the above rescission, judgment is hereby entered in favor of Plaintiff, Chicago Male Medical Clinic, LLC, and against defendants Ultimate Management, Inc., and Jeffrey Fromberg, jointly and severally, in the amount of $356,251.92, for violation of Section 5 of the Illinois Franchise Disclosure Plaintiff may file a motion to recover attorneys' fees and may file a Bill of Costs in accordance with applicable rules.

    c) Judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's fraud claims, Plaintiff's Second and Third Claims for Relief.

    d) Judgment is entered in favor of Plaintiff and against Defendants on all counterclaims.

2. Costs are awarded against Defendants and in favor of Plaintiff. Plaintiff may file a Bill of Costs in accordance with applicable rules.

3. Plaintiff may file a petition for attorneys' fees in accordance with applicable rules.

Signed and dated this 29th Day of December, 2014.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1/16/15

*S. James Otero* (signature)