# EXHIBIT 1B



# INVOICE

Chicago Male Medical Clinic LLC

INVOICE NUMBER: 492
INVOICE DATE: JANUARY 27, 2015

PAYMENT TERMS: DUE ON RECEIPT

Submitted to Court for Approval

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JUN-16-11 | CDC | T/C/W potential new client (Todd Wheatcraft) and review CMMC consulting agreement . 2d phone call to opine that most likely a franchise was created. Explain remedies for illegal franchise sale. | 1.00 | $460.00 | $460.00 |
| JUN-20-11 | CDC | Meet with Todd Wheatcraft. Discuss client investment in CMMC clinic, problems with size of clinic, possible fraud claims, rescission claims and threats made by agent for Coach Ditka. | 1.40 | $460.00 | $644.00 |
| JUN-22-11 | CDC | Client conference. Discuss fee arrangements. Draft engagement letter and submit to Todd Wheatcraft. | 0.70 | $460.00 | $322.00 |
| JUN-24-11 | CDC | Further discussion with T. Wheatcraft re: possible lawsuit, and decision whether to keep clinic open. | 0.50 | $460.00 | $230.00 |
| JUN-24-11 | SMS | (SMS) Search USPTO database for trademarks registered by National Male Medical Clinic. Discuss same with CDC. | 1.00 | $260.00 | $260.00 |
| JUN-25-11 | CDC | Westlaw research: review IFDA for any new cases; and research on whether client operating losses can be recovered in rescission; and research question of whether client must tender the return of "benefits received" if the franchise is losing money. | 2.60 | $460.00 | $1,196.00 |
| JUN-27-11 | CDC | Client T/C/W and further review of contract with UMI and Coach Ditka for promotional services. | 0.70 | $460.00 | $322.00 |
| JUN-28-11 | CDC | Review CMMC limited liability company agreement. T/C/W Wheatcraft re: same, and Fromberg's offer to do the company's legal work. | 0.60 | $460.00 | $276.00 |
| JUL-11-11 | CDC | T/C/W Wheatcraft re: status. | 0.40 | $460.00 | $184.00 |
| JUL-14-11 | CDC | Conference call with CMMC investors and meeting with Todd Wheatcraft to discuss possible lawsuit and review of documents (1.0). Discuss facts of case with SMS (0.6). | 1.60 | $460.00 | $736.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JUL-14-11 | CDC | Internet searches regarding UMI, National Male Medical Cliinic, Larry Barry and attorney Jeff Fromberg (2.0). Discuss case with CDC and Todd Wheatcraft. (.4) Review documents from client (0.5). | 2.90 | $160.00 | $464.00 |
| JUL-14-11 | CDC | T/C/W CA attorney Peter Lagarias re: NMMC and Fromberg (0.3). Internet searches. | 0.90 | $460.00 | $414.00 |
| JUL-18-11 | CDC | Review client email and T/C/W Todd Wheatcraft re: possible unlawful practice of medicine and privacy law violations occurring at clinic by Randy Cassel and possible scheming by Cassel and agent for Coach Ditka. | 1.00 | $460.00 | $460.00 |
| JUL-22-11 | CDC | Client conference re: investment losses to date. Draft demand rescission letter to UMI & Fromberg. Submit to clients for review. | 0.90 | $460.00 | $414.00 |
| JUL-23-11 | CDC | Review Bruce Shapiro comments on demand letter. | 0.20 | $460.00 | $92.00 |
| JUL-25-11 | CDC | Client emails re: changes to demand letter and make edits. | 0.40 | $460.00 | $184.00 |
| JUL-26-11 | CDC | Edits to demand letter and confirming emails with client approval. Sign letter. | 0.60 | $460.00 | $276.00 |
| JUL-26-11 | CDC | Extended call with Wheatcraft and Shapiro re: confirming case facts, discussing strength of claims and possible settlement value. | 1.30 | $460.00 | $598.00 |
| JUL-26-11 | SMS | (SMS) Edit, finalize and send demand letter by certified mail. | 0.50 | $160.00 | $80.00 |
| JUL-27-11 | CDC | T/C/W Wheatcraft re: expectations for UMI response, and decision to close clinic. | 0.40 | $460.00 | $184.00 |
| AUG-01-11 | SMS | (SMS) Telephone call to USPTO regarding file no.; search for and print documents from USPTO for complaint. | 1.00 | $160.00 | $160.00 |
| AUG-02-11 | CDC | T/C/W Wheatcraft and J. Bertoncino re: decision to invest in clinic claimed trade secrets and proprietary information re" "dosing" of medications (0.6); Second T/C/W Wheatcraft and Shaprio re: the pro forma received from Fromberg and client questions as to how projections were made and presale discussions of likely income and costs (0.8). | 1.40 | $460.00 | $644.00 |
| AUG-03-11 | CDC | T/C/W Fred Martori (San Diego clinic purchaser) re: background of CMMC investment and results of San Diego clinic. | 0.60 | $460.00 | $276.00 |
| AUG-04-11 | CDC | Draft complaint against UMI and Fromberg. | 3.60 | $260.00 | $936.00 |
| AUG-12-11 | CDC | Revise draft complaint and submit to clients to review. | 2.20 | $460.00 | $1,012.00 |
| AUG-13-11 | CDC | Edits to draft complaint, submit 2d draft to clients. | 0.60 | $460.00 | $276.00 |
| AUG-15-11 | CDC | T/C/W Todd Wheatcrat re: draft complaint. Finalize and sign complaint. | 1.30 | $460.00 | $598.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| AUG-15-11 | CDC | T/C/W Wheatcrat and Shapiro re: case being filed; next steps; status of the business. | 0.50 | $460.00 | $230.00 |
| AUG-15-11 | SMS | (SMS) Prepare complaint and exhibits for filing; telephone calls to clerk regarding same; prepare summons and civil cover sheet; hand deliver to clerk's office; scan same; emails regarding service; create online file; search for client docs. | 3.50 | $160.00 | $560.00 |
| AUG-18-11 | SMS | (SMS) Confer with R. Zeller regarding motion for special process server; search CA SOS website for defendant business address; telephone calls to LaSalle process servers; prepare package and cover letter for process servers; telephone calls to/from R. Zeller regarding same. | 2.20 | $160.00 | $352.00 |
| AUG-30-11 | SMS | (SMS) Send copy of complaint to attorney R. Cheifetz; telephone calls to/from process server regarding service on defendants; email regarding same; update file | 0.80 | $160.00 | $128.00 |
| SEP-06-11 | CDC | Email to Todd re: response to VM re: Ditka objections to our lawsuit. | 0.20 | $460.00 | $92.00 |
| SEP-07-11 | CDC | Exchange of emails with agent/attorney for Ditka (Steve Mandell) (0.4). T/C/ from Mandell. (0.3) Follow-up with Wheatcraft re: Mandell threat to suet (0.5);<br>T/C/W from attorney R. Cheifitz at Sperling, attorney for UMI and his request for a confidential settlement discussion (0.4). 2d phone call with Wheatcraft and Shapiro re: defense assertion that "Uncle Brucie" knew the deal was a franchise all along and that our clients committed fraud (.6). | 1.80 | $460.00 | $828.00 |
| SEP-08-11 | CDC | Email from Mnadell and response email to Mandell demanding that he stop calling clients and direct all communication to me (0.2); T/C from Mandell making more demands (0.4); further review of Ditka's contract (0.3); T/C/W Wheatcraft on how to handle Ditka and whether Ditka is fronting for Fromberg and Mandell request to meet. (0.4) | 1.30 | $460.00 | $598.00 |
| SEP-09-11 | CDC | Meet with Mandell (and WheatcrT) to discuss Ditka's demand to be paid and to have his name and likeness excluded from the lawsuit (1.0); and meet with Wheatcraft before (0.50) and after (0.5) | 2.00 | $460.00 | $920.00 |
| SEP-13-11 | CDC | Conference call with Wheatcraft and Shapiro re: our position for upcoming settlement meeting. | 0.30 | $460.00 | $138.00 |
| SEP-14-11 | CDC | Meeting with defense lawyers at "neutral coffee shop" to hear there settlement proposal (1.0). Follow-up with clients to reject proposal for CMMC to pay UMI damages based on UMI's threatened fraud claim (0.5) | 1.50 | $460.00 | $690.00 |
| SEP-25-11 | CDC | Review email from Wheatcraft raising numerous concerns. | 0.30 | $460.00 | $138.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------------|-------------|-------|------|--------|
| SEP-26-11 | CDC | Extended call with Wheatcrat re: his concerns about being sued by Ditka and UMI, and possible exposure for unlawful practice of medicine and patient privacy violations by UMI with CMMC patient records. | 1.30 | $460.00 | $598.00 |
| SEP-28-11 | CDC | T/C from Mandell restating Ditka threat to sue CMMC. | 0.40 | $460.00 | $184.00 |
| SEP-30-11 | CDC | Conference call with all CMMC members re case status and questions. | 0.80 | $460.00 | $368.00 |
| OCT-01-11 | CDC | Email from Mandell demanding resolution of Ditka's issues and forward to Wheatcrat. | 0.20 | $460.00 | $92.00 |
| OCT-03-11 | CDC | T/C/W Wheatcraft re: Ditka, case status. | 0.30 | $460.00 | $138.00 |
| OCT-05-11 | CDC | Court appearance before Judge Mitchell (0.8). Further discussion at courthouse with defense attorneys re: rejection of their settlement demand and our demand (0.3) | 1.10 | $460.00 | $506.00 |
| OCT-06-11 | CDC | Reach out to Mandell to discuss possible reconciliation and rehiring of Ditka. | 0.40 | $460.00 | $184.00 |
| OCT-07-11 | CDC | Review email from Mandell demanding that CMMC share Vernon Hills sales data with UMI; and discussion with Wheatcraft re: same. | 0.50 | $460.00 | $230.00 |
| OCT-12-11 | CDC | T/C/W buyers of NMMC clinic in LAs Vegas (0.5); T/C/W buyer of Nashville Clinic (0.5). T/C/W Wheatcraft re: other calls made (0.5) | 1.50 | $460.00 | $690.00 |
| OCT-19-11 | CDC | Emails with Mandell re: demand by Ditka to review CMMC business records.  Email advice to Wheatcraft on compliance. | 0.30 | $460.00 | $138.00 |
| OCT-20-11 | CDC | T/C/W Mandell rejecting Ditka's claim for lost profits for allegedly destroying his relationship with NMMC and UMI.  Confirming email. | 0.50 | $460.00 | $230.00 |
| OCT-25-11 | CDC | Review UMI and Fromberg's answer, affirmative defenses, counterclaims and jury demand. | 1.00 | $460.00 | $460.00 |
| OCT-26-11 | CDC | Discuss defense pleadings with Wheatcraft. | 0.50 | $460.00 | $230.00 |
| OCT-28-11 | CDC | Review more emails from Wheatcraft refuting the allegations in UMI pleadings. | 0.60 | $460.00 | $276.00 |
| OCT-29-11 | CDC | Review defense notice of deposition for Wheatcraft and discuss dates with Todd. | 0.30 | $460.00 | $138.00 |
| OCT-29-11 | CDC | Review case with JLN. | 1.00 | $460.00 | $460.00 |
| OCT-29-11 | JLN | Meet with CDC and review pleadings in CMMC case. | 2.00 | $260.00 | $520.00 |
| OCT-31-11 | CDC | Draft written discovery. | 3.00 | $460.00 | $1,380.00 |
| OCT-31-11 | SMS | (SMS) Set up replies to affirmative defenses and counterclaims and draft written discovery requests. | 4.00 | $160.00 | $640.00 |
| NOV-01-11 | CDC | Edit written discovery and send drafts to client. | 1.00 | $460.00 | $460.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------------|-------------|-------|------|--------|
| NOV-01-11 | JLN | Research and memo to file re: jurisdictional and IFDA issues. | 4.00 | $260.00 | $1,040.00 |
| NOV-03-11 | CDC | Draft reply pleadings and send to client for review. | 2.50 | $460.00 | $1,150.00 |
| NOV-03-11 | SMS | (SMS) Format draft pleadings. | 0.80 | $160.00 | $128.00 |
| NOV-04-11 | | T/C/W Todd re: John Muno's role as alleged in defense counterclaim (.3). T/C/W Muno (.5). Follow-up with Wheatcraft (0.3) Review draft reply pleadings and revised discovery requests, and review legal research memo (0.5). | 1.60 | $460.00 | $736.00 |
| NOV-04-11 | SMS | (SMS) T/C/W Todd Wheatcraft and revise discovery requests (2.0). | 2.00 | $160.00 | $320.00 |
| NOV-08-11 | CDC | Finalize reply to counterclaims, and review with Todd W. | 1.20 | $460.00 | $552.00 |
| NOV-09-11 | CDC | Review discovery from UMI. | 0.50 | $460.00 | $230.00 |
| NOV-09-11 | SMS | (SMS) Review UMI discovery requests, create scans and forward to Todd Wheatcraft. | 1.00 | $160.00 | $160.00 |
| NOV-09-11 | SMS | (SMS) Finalize reply pleadings and file in the Circuit Court. | 1.50 | $160.00 | $240.00 |
| NOV-18-11 | CDC | Meet with Todd Wheatcraft and JLN to get them working on discovery responses. | 0.50 | $460.00 | $230.00 |
| NOV-18-11 | JLN | Meeting with Todd Wheatcraft to work on discovery responses. Review documents with Wheatcraft. | 2.50 | $260.00 | $650.00 |
| NOV-21-11 | CDC | Appear before Judge Mitchell for Case Management Conference. | 1.00 | $460.00 | $460.00 |
| DEC-05-11 | CDC | Email back and forth with UMI counsel objecting to their request to depose Wheatcraft before UMI produces its documents and specifying they will not get to depose him twice. | 0.60 | $460.00 | $276.00 |
| JAN-02-12 | CDC | Discuss grounds for early SJ motion with JLN. | 0.40 | $460.00 | $184.00 |
| JAN-03-12 | JLN | Review of client's progress in responding to discovery. Draft of memo for client's review: documented additional information needed to supplement answers to interrogatories. | 3.50 | $260.00 | $910.00 |
| JAN-04-12 | JLN | DRAFT of Plaintiff's Motion for Summary Judgment. | 2.50 | $260.00 | $650.00 |
| JAN-18-12 | CDC | Client meeting. | 0.50 | $460.00 | $230.00 |
| JAN-18-12 | JLN | Meeting with client to discuss discovery progress and case strategy. | 2.50 | $260.00 | $650.00 |
| JAN-20-12 | JLN | Update answers to interrogatories with new information provided by client in preparation for responding to discovery requests filed by opposing counsel. | 3.50 | $260.00 | $910.00 |
| JAN-23-12 | CDC | Review draft statements for Thomas and Higgins to refute fraud allegations. | 0.50 | $460.00 | $230.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JAN-23-12 | JLN | Draft of sworn statements for Anthony Higgins and Greg Thomas. | 1.50 | $260.00 | $390.00 |
| JAN-26-12 | JLN | Notice of Deposition - Jeffrey Fromberg. | 0.50 | $260.00 | $130.00 |
| FEB-01-12 | JLN | Meeting with Anthony Higgins for his sworn statement. | 2.00 | $260.00 | $520.00 |
| FEB-05-12 | JLN | Draft responses to UMI's requests for production, review of file / contents of disc with emails and agreements, and transfer of documents to Lexbe in preparation for production. | 5.00 | $260.00 | $1,300.00 |
| FEB-07-12 | JLN | Meeting with Client to discuss discovery progress, gather financial information missing from doc production and strategy moving forward. | 2.00 | $260.00 | $520.00 |
| FEB-09-12 | JLN | Scan in all financials from Mr. Wheatcraft and upload to Lexbe, mark as confidential and bates stamp in preparation for document production. | 2.75 | $260.00 | $715.00 |
| FEB-17-12 | CDC | Review client responses to written discovery. | 0.50 | $460.00 | $230.00 |
| FEB-17-12 | JLN | Finalize CMMC responses to interrogatories and requests for production and send documents to opposing counsel. | 1.50 | $260.00 | $390.00 |
| FEB-24-12 | JLN | Scanned in documents produced by UMI and uploaded them into computer system in order to review the content and whether UMI's production was responsive to our discovery requests. | 1.30 | $260.00 | $338.00 |
| MAR-05-12 | JLN | Organization and review of documents produced by UMI; identification of documents that support allegations made in complaint. | 3.20 | $260.00 | $832.00 |
| MAR-06-12 | JLN | Continued review and organization of documents produced by UMI to identify supportive documents for allegations made in CMMC's complaint. | 2.10 | $260.00 | $546.00 |
| MAR-07-12 | JLN | Cont. organization of documents produced by UMI to determine the adequacy of their production. | 1.60 | $260.00 | $416.00 |
| MAR-08-12 | JLN | Correspondence with client and opposing counsel to determine a date for the deposition of Mr. Wheatcraft. | 0.30 | $260.00 | $78.00 |
| MAR-08-12 | JLN | Cont. review of UMI's document production in order to identify documents that are supportive of our claims and the overall adequacy of their document production. | 2.40 | $260.00 | $624.00 |
| MAR-09-12 | CDC | Review case status with JLN, edit discovery letter, and conference call with opposing counsel on open discovery issues. | 0.80 | $460.00 | $368.00 |
| MAR-09-12 | CDC | Client meeting and introduction to investigator Jack Burke to conduct asset search as to UMI and Fromberg -- and possible criminal history. | 1.50 | $460.00 | $690.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-09-12 | JLN | Draft letter to opposing counsel regarding deficiencies in their document production. | 3.40 | $260.00 | $884.00 |
| MAR-09-12 | JLN | Meeting with client and Jack Burke to discuss the possibility of an assert search. | 1.40 | $260.00 | $364.00 |
| MAR-09-12 | JLN | Discuss case with CDC (0.3); and conference call with opposing counsel to discuss open discovery issues (0.3) | 0.60 | $260.00 | $156.00 |
| MAR-09-12 | JLN | Legal research to determine whether UMI can demand that all members of the LLC to sign a certification that discovery is complete. | 0.70 | $260.00 | $182.00 |
| MAR-15-12 | JLN | Correspondence with Mr. Jack Burke regarding an engagement letter for his services. | 0.20 | $260.00 | $52.00 |
| MAR-19-12 | JLN | Correspondence with client regarding supplemental discovery documents and using the dropbox program. | 0.30 | $260.00 | $78.00 |
| MAR-20-12 | JLN | Convert documents produced by Mr. Shapiro into .pdf files; upload files into Lexbe program; bates stamp documents in preparation for supplemental document production. | 2.10 | $260.00 | $546.00 |
| MAR-22-12 | JLN | Review of UMI's document production and update letter to opposing counsel regarding deficiencies in their document production. | 2.30 | $260.00 | $598.00 |
| MAR-23-12 | CDC | Review UMI document production with JLN and edit deficiency letter. | 0.50 | $460.00 | $230.00 |
| MAR-23-12 | JLN | Update letter to opposing counsel regarding open discovery issues with CDC's edits; send letter to opposing counsel. | 1.10 | $260.00 | $286.00 |
| MAR-27-12 | CDC | Review UMI motion to compel. | 0.40 | $460.00 | $184.00 |
| MAR-27-12 | JLN | Review of UMI's motion to compel and begin draft of counterpoints for our response. | 0.90 | $260.00 | $234.00 |
| MAR-28-12 | CDC | Court appearance for case management conference and follow-up call with Todd W. (.2) | 0.90 | $460.00 | $414.00 |
| MAR-28-12 | JLN | Case management conference with Judge Mitchell; hearing date set for April 11, 2012 for UMI's motion to compel. | 0.70 | $260.00 | $182.00 |
| MAR-28-12 | JLN | Draft response to UMI's motion to compel in preparation for review by CDC. | 7.10 | $260.00 | $1,846.00 |
| MAR-29-12 | JLN | Cont. work on CMMC's response to UMI's motion to compel; add in case law regarding bad faith in conducting discovery. | 2.90 | $260.00 | $754.00 |
| MAR-31-12 | CDC | Review FDD recently prepared for NMMC and T/C/W Todd Wheatraft re: same, and case status generally. Discuss possible amended claims. | 1.00 | $460.00 | $460.00 |
| APR-01-12 | CDC | Draft amended complaint. | 2.50 | $460.00 | $1,150.00 |
| APR-02-12 | CDC | Client conference. Edit supplemental discovery request. | 0.80 | $460.00 | $368.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| APR-02-12 | JLN | Draft second request for production of documents to UMI, specifically to produce UMI's current franchise disclosure documents; revise request with CDC's edits. | 0.70 | $260.00 | $182.00 |
| APR-03-12 | CDC | Review and edit opposition to defense motion to compel (0.5) and more edits to supplemental document requests (0.3). | 0.80 | $460.00 | $368.00 |
| APR-04-12 | CDC | Final edits to discovery brief. T/C/W Todd W. re: case status. | 0.60 | $460.00 | $276.00 |
| APR-04-12 | JLN | Organize documents for supplemental production, redact confidential information and bates stamp documents in preparation for supplemental document production. | 1.40 | $260.00 | $364.00 |
| APR-04-12 | JLN | Incorporate CDC's edits to memorandum in opposition to UMI's motion to compel. | 0.90 | $260.00 | $234.00 |
| APR-05-12 | JLN | Filed CMMC's memorandum in opposition to UMI's motion to compel. | 0.50 | $260.00 | $130.00 |
| APR-06-12 | CDC | Review and approve motion for leave to file amended complaint and final edits to draft amended complaint (1.0). Meet with JLN and Todd W. on discovery matters (0.5) and separate discussion with Todd re: amended complaint, case status and strategy, settlement prospects, likely outcomes (0.7) | 2.20 | $460.00 | $1,012.00 |
| APR-06-12 | JLN | Meeting with Mr. Wheatcraft to discuss outstanding discovery issues (2.0); and create supplemental document production; review of emails between Mr. Wheatcraft and business partners (3.4) | 5.40 | $260.00 | $1,404.00 |
| APR-06-12 | JLN | File motion for leave to amend complaint; correspondence with client and opposing counsel regarding same. | 1.00 | $260.00 | $260.00 |
| APR-07-12 | CDC | Review emails and other documents being produced by CMMC. | 1.00 | $460.00 | $460.00 |
| APR-07-12 | JLN | Final review of emails from Mr. Wheatcraft's AOL account in preparation for supplemental document production; convert email attachments to .pdf files; organize and bates stamp documents; correspondence with opposing counsel. | 4.70 | $260.00 | $1,222.00 |
| APR-09-12 | JLN | Review of UMI's motion to file reply to Defendant's Motion to Compel. | 0.80 | $260.00 | $208.00 |
| APR-10-12 | JLN | Review pending motions and organize documents in preparation for scheduled court hearing on April 11, 2012. | 0.60 | $260.00 | $156.00 |
| APR-11-12 | CDC | Meet with client (0.4); court appearance for status and motions (1.0) and follow-up meeting with Todd W. re: status (0.6). | 2.00 | $460.00 | $920.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| APR-11-12 | JLN | Meeting with Mr. Wheatcraft and Mr. Caruso; court appearance before Judge Mitchell regarding UMI's motion to compel and CMMC's motion for leave to file amended complaint; file amended complaint pursuant to leave granted by Judge Mitchell. | 3.20 | $260.00 | $832.00 |
| APR-12-12 | JLN | Review CMMC file for information on Larry Berry and correspondence with Mr. Brett Starr from Burke & Associates regarding same; review emails from Mr. Wheatcraft's AOL account and cross-reference with UMI's discovery requests to verify that CMMC has no additional responsive emails to produce. | 1.70 | $260.00 | $442.00 |
| APR-18-12 | JLN | Review of report from Jack Burke & Associates; correspondence with client re: same. | 0.30 | $260.00 | $78.00 |
| APR-19-12 | CDC | T/C/W Todd W. re: asset search (0.2). 2d call with Todd and Bruce re: same (0.4). | 0.60 | $460.00 | $276.00 |
| APR-24-12 | JLN | T/C/W client re: franchise tax; online research and follow-up correspondence with client re: same. | 0.40 | $260.00 | $104.00 |
| MAY-01-12 | CDC | Review and edit discovery letter. | 0.30 | $460.00 | $138.00 |
| MAY-01-12 | JLN | Review UMI's discovery responses and document production; draft letter to UMI for review by CDC; correspondence with client re: Okner agreement. | 3.10 | $260.00 | $806.00 |
| MAY-07-12 | JLN | Update draft letter to UMI regarding open discovery issues for review by CDC. | 0.70 | $260.00 | $182.00 |
| MAY-15-12 | CDC | Review status of discovery with JLN and edit deficiency letter. | 0.50 | $460.00 | $230.00 |
| MAY-15-12 | JLN | Review UMI's supplemental documents production; correspondence with client re: same; edit draft letter to UMI; research re: authenticating photographs; correspondence with opposing counsel. | 1.50 | $260.00 | $390.00 |
| MAY-17-12 | JLN | Meeting with client re: certification, bates stamp certification for final production and correspondence with opposing counsel re: same. | 1.00 | $260.00 | $260.00 |
| MAY-24-12 | JLN | Court appearance for status; T/C/W client and correspondence with opposing counsel re: same. | 1.00 | $260.00 | $260.00 |
| JUN-06-12 | CDC | Prepare for (0.8) and argue discovery motion (1.0); and client follow-up (.5) | 2.30 | $460.00 | $1,058.00 |
| JUN-06-12 | JLN | Attend hearing with CDC re: oral arguments for defendants' motion to compel before Judge Mitchell (1.0); revise responses to defendants' requests for production and correspondence with client re: same (1.2). | 2.20 | $260.00 | $572.00 |
| JUN-07-12 | JLN | Correspondence with client regarding case status and depositions. | 0.20 | $260.00 | $52.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-08-12 | JLN | T/C/W T. Wheatcraft re: revised responses to UMI's document requests and correspondence with opposing counsel re: same. | 0.70 | $260.00 | $182.00 |
| JUN-12-12 | CDC | Meet with Todd Wheatcraft to prepare him for deposition. | 2.00 | $460.00 | $920.00 |
| JUN-13-12 | CDC | Meet with Todd before his deposition (1); defend deposition (5) and follow-up with client (1). | 7.00 | $460.00 | $3,220.00 |
| JUN-13-12 | JLN | Meeting with client; (1) and attend Wheatcraft deposition (5). | 6.00 | $260.00 | $1,560.00 |
| JUN-18-12 | CDC | Review motion to dismiss amended complaint. | 1.00 | $460.00 | $460.00 |
| JUN-18-12 | JLN | Follow-up with client re: Les Headman deposition (0.2); review UMI's motion to dismiss (0.8) | 1.00 | $260.00 | $260.00 |
| JUN-19-12 | JLN | T/C/W Todd Wheatcraft (.5) and correspondence with opposing counsel re: Les Headman deposition (.4); re-produce daily sheets and other correspondence designated as confidential; legal research (1.3); begin draft of memorandum in opposition to UMI's motion to dismiss (1.7). | 3.90 | $260.00 | $1,014.00 |
| JUN-20-12 | JLN | Cont. legal research and work on draft memorandum in opposition to UMI's motion to dismiss for review by CDC. | 4.10 | $260.00 | $1,066.00 |
| JUN-21-12 | CDC | Review and edit brief in opposition to motion to dismiss. | 1.00 | $460.00 | $460.00 |
| JUN-21-12 | JLN | Multiple correspondence and T/C/W opposing counsel re: agreed motion and agreed order for extension of time; T/C/W Judge Mitchell's clerk re: same; draft agreed motion and agreed order; file motion. | 1.60 | $260.00 | $416.00 |
| JUN-23-12 | CDC | Review discovery status with JLN. | 0.30 | $460.00 | $138.00 |
| JUN-23-12 | JLN | Discuss case with CDC and follow-up correspondence with CMMC partners re: document requests. | 0.50 | $260.00 | $130.00 |
| JUN-25-12 | JLN | Multiple correspondence with opposing counsel and T/C/W Judge Mitchell's clerk re: entry of agreed order; T/W/C G. Nolan and T. Wheatcraft re: reschedule Les Headman deposition. | 1.30 | $260.00 | $338.00 |
| JUN-28-12 | JLN | Legal research for CMMC's brief in opposition to UMI's motion to dismiss; (2.3);T/C/W Illinois attorney general's office re: NMMC's franchise disclosure document (0.3) ; file brief and correspondence with opposing counsel and client re: same (.0.7) | 3.30 | $260.00 | $858.00 |
| JUL-09-12 | JLN | T/C/W opposing counsel re: pending depositions; follow-up correspondence with client re: same. | 0.50 | $260.00 | $130.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JUL-10-12 | JLN | Multiple telephone calls and correspondence with clients and opposing counsel re: pending depositions; review UMI's document production in preparation for Edelstein deposition. | 5.20 | $260.00 | $1,352.00 |
| JUL-11-12 | CDC | Prepare to depose UMI representative witness (Edelstein) | 4.00 | $460.00 | $1,840.00 |
| JUL-11-12 | JLN | Cont. review of UMI's document production in preparation for Edelstein deposition, organize documents; draft deposition questions. | 5.50 | $260.00 | $1,430.00 |
| JUL-12-12 | CDC | Prepare for and depose Edelstein. Follow-up meeting with client. | 6.00 | $460.00 | $2,760.00 |
| JUL-12-12 | JLN | Edelstein deposition; meeting with client and CDC; follow-up correspondence with client and opposing counsel. | 5.50 | $260.00 | $1,430.00 |
| JUL-16-12 | CDC | Review notice of removal. | 0.50 | $460.00 | $230.00 |
| JUL-16-12 | JLN | Multiple correspondence with client and opposing counsel re: member depositions; file appearance in federal case. | 1.00 | $260.00 | $260.00 |
| JUL-17-12 | JLN | Correspondence with T. Wheatcraft and J. Bertoncino re: depositions. | 0.30 | $260.00 | $78.00 |
| JUL-18-12 | JLN | Follow-up correspondence with J. Bertoncino and opposing counsel re: deposition schedules. | 0.30 | $260.00 | $78.00 |
| JUL-26-12 | CDC | Attend status hearing in federal court after removal. | 1.00 | $260.00 | $260.00 |
| JUL-26-12 | JLN | Status in Federal Court; T/W/C Judge Mitchell's clerk and correspondence with opposing counsel and client re: removal to federal court. | 1.50 | $260.00 | $390.00 |
| AUG-06-12 | JLN | Correspondence with opposing counsel re: depositions. | 0.10 | $260.00 | $26.00 |
| AUG-07-12 | JLN | Correspondence with T. Wheatcraft and J. Bertoncino re: depositions. | 0.10 | $260.00 | $26.00 |
| AUG-09-12 | CDC | Review Edelstein transcript and discuss SJ motion with JLN on franchise issue. | 2.00 | $460.00 | $920.00 |
| AUG-09-12 | JLN | Review Edelstein deposition transcript; edit motion for summary judgment. | 5.00 | $260.00 | $1,300.00 |
| AUG-10-12 | JLN | Cont. work on motion for summary judgment; (4.3) correspondence with opposing counsel re: Bertoncino deposition (.2) | 4.50 | $260.00 | $1,170.00 |
| AUG-12-12 | JLN | Cont. work on motion for summary judgment, statement of facts and supporting memo. | 5.50 | $260.00 | $1,430.00 |
| AUG-13-12 | JLN | Cont. work on motion for summary judgment, statement of facts, and supporting memo; correspondence with CDC re: same. | 2.00 | $260.00 | $520.00 |
| AUG-15-12 | JLN | Edit CMMC opposition to Defendants' motion to dismiss and edit statement of facts for motion for summary judgment. | 2.50 | $260.00 | $650.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| AUG-16-12 | JLN | File opposition to Defendants' motion to dismiss (.5); meeting with T. Wheatcraft and J. Bertoncino re: depositions (.8) and conference call with CDC re: same (.5) | 1.80 | $260.00 | $468.00 |
| AUG-17-12 | CDC | Meet with Jeff Bertoncino (1.5) and defend his deposition (5). | 6.50 | $460.00 | $2,990.00 |
| AUG-17-12 | JLN | Meeting with CDC and J. Bertoncino. | 1.00 | $260.00 | $260.00 |
| AUG-20-12 | CDC | Work on motion for partial summary judgment on franchise issue (2) and open discovery issues (.5) | 2.50 | $460.00 | $1,150.00 |
| AUG-20-12 | JLN | Work with CDC to finalize motion for summary judgment, statement of facts and supporting memo; file motion. | 4.50 | $260.00 | $1,170.00 |
| AUG-21-12 | JLN | Correspondence with clients re: status; correspondence with opposing counsel re: requests for admission. | 0.30 | $260.00 | $78.00 |
| AUG-31-12 | CDC | T/C/W Todd and his CPA re: determining the exact losses sustained by client. | 0.50 | $460.00 | $230.00 |
| SEP-04-12 | CDC | Review CPA letter.  Discuss same with Todd. Conference call with Todd and CPA Bruce Reid. | 1.00 | $460.00 | $460.00 |
| SEP-04-12 | JLN | Review accountant's report and T/C/W Todd Wheatcraft re: same; T/C/W Bruce Shapiro re: depositions and correspondence with opposing counsel re: same. | 0.50 | $260.00 | $130.00 |
| SEP-05-12 | CDC | Research whether accountant's letter could be admissible as expression of fact, not opinion (2.4) and t/c/w opposing counsel re: agreement to hold a settlement meeting after Shapiro deposition since all principals would be present (0.4); and follow-up call with Shapiro and Wheatcraft re: settlement prospects (0.5). | 3.30 | $460.00 | $1,518.00 |
| SEP-05-12 | JLN | Correspondence with client re: outstanding costs. | 0.10 | $260.00 | $26.00 |
| SEP-10-12 | CDC | Further review of NMMC FDD and consider issue of whether UMI had fraudulently conveyed franchise rights at issue. | 1.20 | $460.00 | $552.00 |
| SEP-12-12 | CDC | Edit procedural objections to extension. | 0.20 | $460.00 | $92.00 |
| SEP-12-12 | CDC | T/C/W Bruce Shapiro to prepare him for deposition. | 1.00 | $460.00 | $460.00 |
| SEP-12-12 | JLN | Draft opposition to motion for extension of time; revise motion with CDC edits; review and file motion. | 2.50 | $260.00 | $650.00 |
| SEP-13-12 | CDC | Conference call with clients re: our position(s) for upcoming settlement meetings, including cash payment to CMMC or alternative of CMMC buy-out of NMMC franchising rights; and/or sale of existing clinics. | 1.00 | $460.00 | $460.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| SEP-13-12 | JLN | Review pending motion; oral hearing for UMI's motion for extension of time (0.3) ; research fraudulent conveyance law and UMI/NMMC/NMMC Franchising Inc. companies (3.0); multiple communications with T. Wheatcraft re: backup documents for accountant report (.5); bates stamp, mark confidential and produce documents; (0.7) correspondence with opposing counsel; draft Rule 26 disclosures (.3). | 4.80 | $260.00 | $1,248.00 |
| SEP-14-12 | CDC | Meet with Shapiro and Wheatcraft before deposition; defend Shapiro deposition and then meet with Edelstein and defense attorneys at Sperling office for settlement conference. Follow-up with Wheatcraft and Shapiro. | 7.50 | $460.00 | $3,450.00 |
| SEP-14-12 | JLN | Meeting with clients; B. Shaprio deposition; settlement conference. | 6.80 | $260.00 | $1,768.00 |
| SEP-19-12 | CDC | Follow-up with clients and opposing counsel re: failure of settlement meeting. | 0.50 | $460.00 | $230.00 |
| OCT-05-12 | CDC | Conference call with John Muno to prepare him for deposition. | 0.70 | $460.00 | $322.00 |
| OCT-09-12 | CDC | Meet with Muno and defend his deposition. | 4.00 | $460.00 | $1,840.00 |
| OCT-09-12 | JLN | Client meeting and J. Muno deposition. | 3.00 | $260.00 | $780.00 |
| OCT-12-12 | CDC | Review defense opposition to plaintiff's motion for partial summary judgment.  T/C/W Todd W. re: same. | 1.00 | $460.00 | $460.00 |
| OCT-16-12 | CDC | Work on reply in support of partial summary judgment. Review recent amendments to Rule 56. | 2.00 | $460.00 | $920.00 |
| OCT-22-12 | CDC | Prepare amended motion for summary judgment. | 2.50 | $460.00 | $1,150.00 |
| OCT-25-12 | CDC | Finalize and file amended summary judgment motion | 1.00 | $460.00 | $460.00 |
| OCT-25-12 | JLN | Prepare NOM for amended summary judgment motion; review amended summary judgment motion and file it. | 1.20 | $260.00 | $312.00 |
| NOV-02-12 | CDC | Review defense motion for transfer of venue and discuss with clients. | 1.00 | $460.00 | $460.00 |
| NOV-02-12 | JLN | Review motion to change venue and discuss with CDC. | 0.50 | $260.00 | $130.00 |
| NOV-06-12 | CDC | Court appearance to present amended motion for partial summary judgment and defense venue motion( 1.3). Follow-up with clients (.4). | 1.70 | $460.00 | $782.00 |
| NOV-06-12 | CDC | Draft opposition to motion to transfer venue. | 1.50 | $460.00 | $690.00 |
| NOV-07-12 | JLN | Review Edelstein deposition transcript in preparation for filing response to motion to transfer venue; memo to CDC re: same; edit CDC draft response. | 1.80 | $260.00 | $468.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| NOV-10-12 | JLN | Update CMMC response in opposition to motion to transfer venue and supplemental response to interrogatories. | 1.00 | $260.00 | $260.00 |
| NOV-12-12 | CDC | Edit objections to venue motion.  Discuss same with Todd. | 0.80 | $460.00 | $368.00 |
| NOV-13-12 | JLN | Final edits to opposition to motion to transfer; file opposition; correspondence with J. Leinenweber, opposing counsel and client re: same. | 1.50 | $260.00 | $390.00 |
| NOV-26-12 | | Work on opposition to surreply. | 0.80 | $460.00 | $368.00 |
| NOV-26-12 | JLN | Review UMI's motion to file surreply; review multiple drafts opposition to UMI's motion, legal research re: same, file opposition and correspondence with client re: same. | 4.00 | $260.00 | $1,040.00 |
| NOV-27-12 | JLN | Draft letter to J. Leinenweber, correspondence with opposing counsel. | 0.80 | $260.00 | $208.00 |
| DEC-28-12 | CDC | Review opinion granting motion to transfer venue, denying motion for partial summary judgment and ruling on motion to dismiss. | 0.50 | $460.00 | $230.00 |
| DEC-28-12 | JLN | Review court's ruling on motions. | 0.40 | $260.00 | $104.00 |
| DEC-30-12 | CDC | Draft motion to reconsider on denial of summary judgment motion. | 3.00 | $460.00 | $1,380.00 |
| JAN-02-13 | CDC | Review out-of-state decisions and FTC rulings on trademark issue. | 1.50 | $460.00 | $690.00 |
| JAN-03-13 | JLN | Legal research on trademark issue for motion to reconsider; revisions to CDC's draft motion. | 4.00 | $260.00 | $1,040.00 |
| JAN-04-13 | CDC | Edit motion to reconsider. | 1.00 | $460.00 | $460.00 |
| JAN-04-13 | JLN | Cont. revisions to draft motion to reconsider, legal research re: same; work with CDC on revised draft, correspondence with client re: same. | 4.50 | $260.00 | $1,170.00 |
| JAN-05-13 | JLN | Review client's comments re: draft motion to reconsider, review document productions for additional supporting materials and correspondence with CDC re: same. | 0.80 | $260.00 | $208.00 |
| JAN-07-13 | CDC | Final edits to motion to reconsider.  T/C/W clients. | 0.40 | $460.00 | $184.00 |
| JAN-07-13 | JLN | Review multiple drafts of motion to reconsider; update and edit citations, certificates of service; draft letter to J. Leinenweber, file motion and notice of motion and correspondence with client re: same. | 2.50 | $260.00 | $650.00 |
| JAN-12-13 | JLN | Review procedures for case transfer. | 0.50 | $260.00 | $130.00 |
| JAN-21-13 | JLN | Prepare documents for hearing on motion to reconsider. | 0.80 | $260.00 | $208.00 |
| JAN-22-13 | CDC | Court appearance before Judge Leinenweber for motion to reconsider SJ ruling. Order transcript. (1.2) Conference call with clients. (0.5) | 1.70 | $460.00 | $782.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JAN-25-13 | JLN | Review amended complaint, make red-lined revisions; review of Leinenweber Opinion and deposition transcripts in preparation for filing second amended complaint. | 3.00 | $260.00 | $780.00 |
| JAN-26-13 | JLN | Cont. review amended complaint, make red-lined revisions; review of Leinenweber Opinion and deposition transcripts in preparation for filing second amended complaint; correspondence with CDC re: same. | 3.00 | $260.00 | $780.00 |
| JAN-28-13 | CDC | Review and approve Second Amended Complaint. | 0.60 | $460.00 | $276.00 |
| JAN-28-13 | JLN | Review client's notes, incorporate comments into redlined amended complaint; review deposition transcripts for additional detail; review second amended complaint; multiple edits to second amended complaint; prepare exhibits and notice for filing; file second amended complaint and all corresponding documents. | 5.00 | $260.00 | $1,300.00 |
| FEB-15-13 | CDC | Discussion with Clyde DeWitt re: possible settlement (0.3); discussion with clients (.4). | 0.70 | $460.00 | $322.00 |
| FEB-15-13 | JLN | Attempt to file transcript of ruling on CMMC's motion for reconsideration in the C.D. of CA. and correspondence with opposing counsel re: same. | 1.00 | $260.00 | $260.00 |
| FEB-27-13 | CDC | Review defense settlement letter from new lawyer. Discuss with clients, | 1.00 | $460.00 | $460.00 |
| FEB-28-13 | CDC | Conference with Wheatcraft and Shapiro re: settlement position, and case status. | 0.40 | $460.00 | $184.00 |
| MAR-04-13 | CDC | T/C/W DeWitt to try to settle the case. | 0.40 | $460.00 | $184.00 |
| MAR-12-13 | CDC | Email to DeWitt re: objection to his proposal to add Wheatcraft as an additional defendant and on reserving objection to venue. | 0.20 | $460.00 | $92.00 |
| MAR-14-13 | JLN | Review defendants' answer and counterclaims, motion to strike and add third-party claim; correspondence with client re: same. | 0.80 | $260.00 | $208.00 |
| MAR-20-13 | CDC | Review new counterclaims and 3rd party complaint; confer with Todd W. re: same. | 0.50 | $460.00 | $230.00 |
| MAR-20-13 | JLN | Draft letters to clerk of Supreme Court for new certificates of good standing; prepare mailings; send out. | 0.75 | $260.00 | $195.00 |
| MAR-22-13 | CDC | Client conference re: selection of local counsel in CA (.4); review case status and "to do" list with JLN (.3) | 0.70 | $460.00 | $322.00 |
| MAR-22-13 | JLN | Review case status with CDC. | 0.30 | $260.00 | $78.00 |
| MAR-27-13 | CDC | T/C/W DeWitt re: procedural issues. Review (inaccurate) email from DeWitt purporting to summarize and discuss with JLN. | 0.50 | $460.00 | $230.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-27-13 | JLN | Mult. correspondence with CA counsel re: pleadings and case status. | 0.30 | $260.00 | $78.00 |
| MAR-28-13 | CDC | Email with DeWitt (.2) and conference call with Shapiro and Wheatcraft to discuss a change in settlement position to try and break logjam (.4) | 0.60 | $460.00 | $276.00 |
| MAR-28-13 | JLN | T/C/W S. Karic, CA local counsel, re: case status; follow-up correspondence with CDC re: same. | 1.00 | $260.00 | $260.00 |
| MAR-29-13 | CDC | T/C/W DeWitt on possible settlement and case status (.4) and review draft Rule 26 report (.3) and review DeWitt response (.2) Discuss status with Todd W (.4) | 1.10 | $460.00 | $506.00 |
| MAR-29-13 | JLN | Review 26(f) report from opposing counsel; discussion with CDC re: same; prepare and circulate changes to draft 26(f) report for review by all counsel of record. | 2.00 | $260.00 | $520.00 |
| APR-01-13 | CDC | Conference call and multiple emails with attorney Karic and client re: case status (1.2); and review DeWitt's draft status report (.3), comments made, and review final as filed. | 1.70 | $460.00 | $782.00 |
| APR-01-13 | JLN | T/C/W CDC, S. Karic and clients re: 26(f) report, upcoming deadlines and case, generally; multiple follow-up communications with local counsel. | 1.50 | $260.00 | $390.00 |
| APR-04-13 | JLN | T/C/W S. Karic re: case status; prepare pro hac vice application; follow-up correspondence with co-counsel re: same. | 1.00 | $260.00 | $260.00 |
| APR-09-13 | CDC | Review Rule 26 disclosures. | 0.50 | $460.00 | $230.00 |
| APR-09-13 | JLN | Review disclosure list and interrogatories; follow up with S. Karic re: Rule 26(a) disclosures and other prospective filings. | 0.50 | $260.00 | $130.00 |
| APR-12-13 | JLN | Draft opposition to motion to strike and motion to add third-party; correspondence with CDC re: same. | 2.50 | $260.00 | $650.00 |
| MAY-01-13 | CDC | T/C/W clients re: settlement position (.4); t/c/w attorney Karic re: same (.2) | 0.60 | $460.00 | $276.00 |
| MAY-02-13 | CDC | Review orders entered by the court in CA and emails with local counsel re: possible confusion. | 0.20 | $460.00 | $92.00 |
| MAY-21-13 | JLN | Review Judge Parada's standing order on settlement conferences; follow up communications with co-counsel and client re: same. | 0.80 | $260.00 | $208.00 |
| MAY-22-13 | JLN | Mult. communication with co-counsel re: settlement demand to opposing counsel in preparation for settlement conference. | 0.50 | $260.00 | $130.00 |
| MAY-23-13 | JLN | Draft deposition notices for Steve Mandell and Randy Cassell; draft subpoena for S. Mandell; online search for Mandell contact information. | 1.00 | $260.00 | $260.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| MAY-24-13 | CDC | Review demands and responses, and communicate my advice to clients on settlement positions. | 0.50 | $460.00 | $230.00 |
| MAY-24-13 | JLN | Draft dep. notices for S. Mandell and R. Cassell; send notices and correspondence with client re: same. | 1.00 | $260.00 | $260.00 |
| MAY-28-13 | CDC | T/C/W client re settlement position and email with attorney Karic re: same. | 0.40 | $460.00 | $184.00 |
| MAY-28-13 | JLN | Review draft settlement communication and correspondence with co-counsel. | 0.30 | $260.00 | $78.00 |
| MAY-30-13 | JLN | Review Judge Parada's standing order; draft settlement letter for review by co-counsel. | 3.50 | $260.00 | $910.00 |
| JUN-04-13 | JLN | T/C/W client re: upcoming conference, patient record issue and subpoenas; draft riders for documents for Mandell and Cassell subpoenas and correspondence with CDC re: same. | 1.00 | $260.00 | $260.00 |
| JUN-05-13 | CDC | T/C from attorney Karic re: settlement conference (0.1); T/C/ Todd re: same (.3) | 0.40 | $460.00 | $184.00 |
| JUL-11-13 | JLN | Review discovery deadlines and trial dates; correspondence with CDC re: same. | 0.40 | $260.00 | $104.00 |
| AUG-06-13 | JLN | Review document requests from UMI; correspondence with T. Wheatcraft re: same. | 0.30 | $260.00 | $78.00 |
| AUG-19-13 | JLN | Draft CMMC responses to defendant's requests for production; communications with CDC re: same; finalize and serve responses on opposing counsel. | 1.00 | $260.00 | $260.00 |
| AUG-20-13 | JLN | Meet with Jimmy from CMMC re: Cassell documents for production. | 0.30 | $260.00 | $78.00 |
| SEP-05-13 | JLN | Review documents from client; bates label and redact confidential information; finalize and serve on opposing counsel. | 5.00 | $260.00 | $1,300.00 |
| SEP-06-13 | JLN | Produce voice mails to opposing counsel. | 0.30 | $260.00 | $78.00 |
| SEP-07-13 | CDC | Prepare for depositions of Annenberg, Cassel, Higgins and Mandell. | 5.00 | $460.00 | $2,300.00 |
| SEP-09-13 | CDC | Deposition of Annenberg. Sparring with DeWitt over case merits and settlement prospects. | 4.00 | $460.00 | $1,840.00 |
| SEP-09-13 | JLN | Prepare deposition exhibits. | 0.50 | $260.00 | $130.00 |
| SEP-10-13 | CDC | Higgins deposition. | 3.00 | $460.00 | $1,380.00 |
| SEP-10-13 | CDC | T/C/W Wheatcraft re: status of depositions and review questions for Cassel and Mandell. | 1.00 | $460.00 | $460.00 |
| SEP-10-13 | JLN | Prepare deposition exhibits. | 1.50 | $260.00 | $390.00 |
| SEP-11-13 | CDC | Cassell Deposition. Follow-up call with Wheatcraft. | 4.00 | $460.00 | $1,840.00 |
| SEP-11-13 | JLN | Review previous testimony in preparation for deposition questions for R. Cassell; mult. communications with CDC re: same. | 1.50 | $260.00 | $390.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-12-13 | CDC | Mandell deposition and follow-up call with Wheatcraft. | 3.00 | $460.00 | $1,380.00 |
| SEP-27-13 | JLN | Meet with CDC to discuss case status; prepare notice of telephonic depositions for Fromberg and Castner. | 0.80 | $260.00 | $208.00 |
| OCT-01-13 | CDC | Emails with Wheatcraft re: more calls from Steve Mandell. | 0.30 | $460.00 | $138.00 |
| OCT-09-13 | JLN | Draft and send notices for telephonic depositions of Fromberg and Castner. | 0.50 | $260.00 | $130.00 |
| OCT-14-13 | CDC | Emails with DeWitt re: scheduling Castner and Fromberg for deposition. | 0.30 | $460.00 | $138.00 |
| NOV-06-13 | CDC | Multiple emails with DeWitt re: Fromberg inability to sit for deposition and plaintiff opposition to any more continuances. Client conference re: same. | 0.60 | $460.00 | $276.00 |
| NOV-19-13 | CDC | Emails with DeWitt re: Fromberg health, prognosis, possible trial date. | 0.20 | $460.00 | $92.00 |
| NOV-22-13 | CDC | Review proposed Stipulation from DeWitt. Multiple emails. | 0.40 | $460.00 | $184.00 |
| NOV-27-13 | CDC | T/C/W Clyde DeWitt re: agreement that Fromberg and Castner can be deposed after discovery cutoff if the case does not settle, Review defense motion to continue trial date. Client conference re: same. | 0.60 | $460.00 | $276.00 |
| DEC-17-13 | CDC | Review court order striking motion date. | 0.10 | $460.00 | $46.00 |
| DEC-19-13 | CDC | Review continuance order. | 0.20 | $460.00 | $92.00 |
| DEC-19-13 | CDC | Review order continuing trial. Client conference. | 0.30 | $460.00 | $138.00 |
| MAR-07-14 | CDC | Emails with DeWitt re: Fromberg status; and status email to client. | 0.20 | $460.00 | $92.00 |
| MAY-08-14 | JLN | Review electronic docket; correspondence with opposing counsel re: status report; review declaration from Clyde DeWitt; follow-up with CDC re: same. | 0.50 | $260.00 | $130.00 |
| MAY-09-14 | JLN | Draft joint status report. | 0.50 | $260.00 | $130.00 |
| MAY-12-14 | JLN | Mult. communications with CDC and opposing counsel re: Joint Status Report. | 0.30 | $260.00 | $78.00 |
| MAY-22-14 | CDC | T/C/W Todd W. and 2d call with attorney Tony Graham, new local counsel.  Prepare motion to substitute (Graham for Karic). | 0.80 | $460.00 | $368.00 |
| MAY-22-14 | JLN | Follow-up with client re: pending status hearing; discuss same with CDC. | 0.30 | $260.00 | $78.00 |
| MAY-23-14 | CDC | Review order continuing status hearing, and email to new local counsel. | 0.20 | $460.00 | $92.00 |
| MAY-23-14 | JLN | Review minute order from Judge Otero re: rescheduling status conference; follow-up with local counsel re: same. | 0.30 | $260.00 | $78.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JUN-18-14 | CDC | T/C/W Graham re status. Review order granting substitution. | 0.30 | $460.00 | $138.00 |
| JUN-23-14 | CDC | T/C from court re: failure to appear for status; and participate in status conference by phone. Follow-up call with client. | 0.60 | $460.00 | $276.00 |
| JUN-23-14 | JLN | Review Central District of Cal. local rules and Judge Otero's standing order; follow-up with CDC and JAO re: pretrial procedure and applicable filings. | 2.00 | $260.00 | $520.00 |
| JUN-24-14 | CDC | Emails with DeWitt re: status and possibility of settlement. | 0.40 | $460.00 | $184.00 |
| JUN-24-14 | JLN | Review ECF filing procedures; update applicable account information. | 1.00 | $260.00 | $260.00 |
| JUN-25-14 | CDC | Attention to status of pleadings.  Discuss reply to counterclaims with JLN. | 0.30 | $460.00 | $138.00 |
| JUN-25-14 | JLN | Review correspondence from CDC and opposing counsel; review electronic docket; draft motion for leave to file answer to amended counterclaim and answer to amended counterclaim; mult. communications with CDC re: same. | 9.50 | $260.00 | $2,470.00 |
| JUN-27-14 | JLN | Edit draft answer to amended counterclaim; correspondence with client and communications with CDC re: same. | 0.80 | $260.00 | $208.00 |
| JUN-30-14 | JLN | T/C/W client to discuss draft answer to amended counterclaim. | 0.30 | $260.00 | $78.00 |
| JUL-01-14 | CDC | Review answer to counterclaim. | 0.30 | $460.00 | $138.00 |
| JUL-01-14 | JLN | Mult. communications with client and CDC re: draft answer; review California local procedure; send draft documents to local counsel. | 2.50 | $260.00 | $650.00 |
| JUL-07-14 | CDC | Settlement communications with DeWitt. | 0.20 | $460.00 | $92.00 |
| JUL-07-14 | JLN | T/C/W Judge Otero's clerk re: courtesy copies; mult. follow-up communciations with opposing counsel re: same. | 0.50 | $260.00 | $130.00 |
| JUL-08-14 | CDC | Settlement communications with DeWitt and discussion of same with clients. | 0.60 | $460.00 | $276.00 |
| JUL-09-14 | CDC | Review April 29, 2013 transcript and review order to show cause. | 0.40 | $460.00 | $184.00 |
| JUL-11-14 | CDC | Review minute order; and T/C/W client. | 0.40 | $460.00 | $184.00 |
| JUL-15-14 | JLN | Legal research re: loss of diversity jurisdiction; review emails from SJR and CDC re: same. | 1.00 | $260.00 | $260.00 |
| JUL-21-14 | JLN | Review response to order to show cause re: jurisdiction. | 0.50 | $260.00 | $130.00 |
| JUL-22-14 | JLN | Follow-up with CDC re: defendants' response to order to show cause. | 0.10 | $260.00 | $26.00 |
| JUL-25-14 | CDC | T/C/W client and edit plaintiff's stipulation of facts regarding diversity jurisdiction. | 0.50 | $460.00 | $230.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUL-25-14 | JLN | Draft stipulation re: defendants' response to order to show cause; mult. communications with CDC re: same; edit draft and send to local counsel for filing. | 1.00 | $260.00 | $260.00 |
| JUL-28-14 | JLN | Review filed stipulation; follow-up with local counsel re: same. | 0.20 | $260.00 | $52.00 |
| AUG-01-14 | CDC | Review pre-trial requirements and email DeWitt. | 0.50 | $460.00 | $230.00 |
| AUG-04-14 | CDC | Client conference call re: latest settlement overture. | 0.50 | $460.00 | $230.00 |
| AUG-05-14 | CDC | Emails with DeWitt re" settlement discussion. | 0.50 | $460.00 | $230.00 |
| AUG-06-14 | CDC | Review minute order, | 0.10 | $460.00 | $46.00 |
| AUG-07-14 | CDC | Emails with DeWitt re: possible settlement. | 0.40 | $460.00 | $184.00 |
| AUG-08-14 | CDC | Email with DeWitt on status of settlement and failure to meet in person as per local rules. T/C/W DeWitt re: same. | 0.60 | $460.00 | $276.00 |
| AUG-11-14 | CDC | Further efforts to settle case. | 1.00 | $460.00 | $460.00 |
| AUG-16-14 | CDC | Further efforts to settle case. | 0.80 | $460.00 | $368.00 |
| AUG-18-14 | CDC | Further efforts to settle. Discuss Fromberg threat to file bankruptcy with clients. | 0.80 | $460.00 | $368.00 |
| AUG-21-14 | CDC | Convey client settlement message to Fromberg via DeWitt.  Multiple follow-up emails. | 0.70 | $460.00 | $322.00 |
| SEP-02-14 | JLN | Discuss case status and pending deadlines with CDC. | 0.50 | $260.00 | $130.00 |
| SEP-03-14 | JLN | Review local rules and Judge Otero's standing order; begin draft joint witness list, joint exhibit list, motion in limine, and memoranda of contentions of law and fact in preparation for pretrial conference. | 6.50 | $260.00 | $1,690.00 |
| SEP-04-14 | CDC | Attention to case status, review deadlines with JLN. Discuss our trial strategy. More email with DeWitt on possible settlement. | 0.90 | $460.00 | $414.00 |
| SEP-04-14 | JLN | Cont. work on memoranda of contentions of law and fact; review case pleadings. | 6.50 | $260.00 | $1,690.00 |
| SEP-05-14 | JLN | Cont. work on draft memoranda, exhibit and witness list, and motion in limine; follow-up with CDC re: same. | 4.50 | $260.00 | $1,170.00 |
| SEP-08-14 | CDC | T/C/W DeWitt re: failure of settlement efforts. Edit witness list, | 0.70 | $460.00 | $322.00 |
| SEP-08-14 | CDC | T/C/W Fred Mortori re: possible trial testimony | 0.50 | $460.00 | $230.00 |
| SEP-08-14 | JLN | Mult. communications with CDC re: draft exhibit list, witness list, and motion in limine; review document productions in preparation for marking potential impeachment documents. | 3.50 | $260.00 | $910.00 |
| SEP-09-14 | CDC | Revise witness list (.2). Emails with DeWitt rejecting "no cash" deal (.2) | 0.40 | $460.00 | $184.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| SEP-09-14 | CDC | Discussion with Todd W. the need for CMMC to be in good standing. | 0.40 | $460.00 | $184.00 |
| SEP-09-14 | CDC | Review our draft exhibit list, | 0.50 | $460.00 | $230.00 |
| SEP-09-14 | JLN | Review documents productions in preparation for marking potential impeachment documents and discuss same with CDC; review all deposition transcripts and corresponding exhibits in preparation for review by CDC. | 6.50 | $260.00 | $1,690.00 |
| SEP-10-14 | CDC | Further review of trial exhibits. | 2.00 | $460.00 | $920.00 |
| SEP-10-14 | JLN | Review document productions for potential exhibits; update draft joint exhibit list; correspondence with opposing counsel re: same; review CMMC corporate status and process for reinstating; discuss same with JAO and client. | 1.80 | $260.00 | $468.00 |
| SEP-11-14 | CDC | Review/edit memo. of contentions of fact and law (.6). Emails with DeWitt asking for his cooperation. (.2) | 0.80 | $460.00 | $368.00 |
| SEP-11-14 | JLN | Revise draft joint exhibit list and joint witness list; follow-up with opposing counsel re: same. | 1.50 | $260.00 | $390.00 |
| SEP-12-14 | CDC | Review and edit pre-trial filings. Thinking about trial. | 2.00 | $460.00 | $920.00 |
| SEP-12-14 | JLN | Finalize and file joint witness list, joint exhibit list, and memorandum of contentions of fact and law; mult. communications with co-counsel and opposing counsel re: same. | 6.50 | $260.00 | $1,690.00 |
| SEP-15-14 | JLN | Organize CMMC trial exhibits in preparation for assigning final trial numbers; review Local Rules and Judge Otero Standing Order; finalize and file stipulation to waive jury demand; mult. communications with JAO re: same. | 4.80 | $260.00 | $1,248.00 |
| SEP-15-14 | JO | Format withdrawal of Jury Demand for CDC; mult. communications w/ CDC re same; e-mail opposing counsel re same. | 0.70 | $160.00 | $112.00 |
| SEP-16-14 | JLN | Apply numbers for CMMC trial exhibits; draft final pretrial conference order in preparation for review by CDC and opposing counsel incl. designations of deposition testimony; mult. communications with CDC and JAO re: same. | 6.50 | $260.00 | $1,690.00 |
| SEP-16-14 | JO | Highlight designated deposition testimony for CDC and JLN; mult. communications w/ JLN re same. | 2.00 | $160.00 | $320.00 |
| SEP-17-14 | JLN | Review UMI exhibit list and production; mult. communications with CDC and opposing counsel re: same. | 2.50 | $260.00 | $650.00 |
| SEP-18-14 | JLN | Review defendants' exhibit list and trial exhibits; make list of duplicates in preparation for finalizing parties' trial exhibit list. | 2.90 | $260.00 | $754.00 |
| SEP-19-14 | JLN | Update UMI trial exhibit list, number UMI exhibits; follow-up with all counsel re: saem. | 2.50 | $260.00 | $650.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| SEP-22-14 | JLN | Mult. correspondence re: CMMC pretrial conference order; review drafts of same. | 1.00 | $260.00 | $260.00 |
| SEP-25-14 | JLN | Discuss case with CDC; mult. communications re: deposition testimony at trial and final pretrial conference order. | 0.80 | $260.00 | $208.00 |
| SEP-25-14 | JLN | Re-format draft PTCO and re-circulate for review; review local rules and Judge Otero standing order; file application to reschedule hearing date; mult. communications with CDC re: same. | 2.50 | $260.00 | $650.00 |
| SEP-29-14 | JLN | Finalize pretrial conference order; mult. communications with CDC and opposing counsel re: same. | 3.00 | $260.00 | $780.00 |
| SEP-30-14 | CDC | Cumulative time entry for September, not to be billed, charged against client flat fee for trial preparation. | 20.00 | $460.00 | $9,200.00 |
| SEP-30-14 | JLN | Lodge proposed order regarding scheduling order; mult. communications with CDC re: same. | 3.00 | $260.00 | $780.00 |
| OCT-01-14 | JLN | Discuss case status with CDC; mult. communications with local counsel and CDC re: courtesy copies and proposed scheduling order. | 2.50 | $260.00 | $650.00 |
| OCT-02-14 | JLN | Mult. communications with clerk and co-counsel re: proposed order and courtesy copies of same. | 1.50 | $260.00 | $390.00 |
| OCT-02-14 | JO | Mail pleadings to Judge; draft letter to Judge for CDC re same. | 1.00 | $160.00 | $160.00 |
| OCT-03-14 | JLN | Discuss case status with CDC; draft FPTO with table of contents; review local rules in preparation for misc. trial documents; mult. communications with Judge Otero's clerk and follow-up with CDC re: same; review settlement proposals. | 4.00 | $260.00 | $1,040.00 |
| OCT-09-14 | JLN | Review file; draft findings of fact and conclusions of law; follow-up with CDC re: same. | 4.00 | $260.00 | $1,040.00 |
| OCT-15-14 | JLN | Mult. communications with JAO and CDC re: pending pretrial conference with Judge Otero and related documents. | 1.50 | $260.00 | $390.00 |
| OCT-15-14 | JO | Prepare binder and upload documents to flash drive for CDC for hearing on Oct. 20, 2014; mult. communications with JLN re same. | 1.50 | $160.00 | $240.00 |
| OCT-18-14 | CDC | Work on findings of fact and conclusions of law. | 3.00 | $460.00 | $1,380.00 |
| OCT-19-14 | CDC | Travel to Los Angeles for final pretrial conference (working on plane) and at hotel, to finalize and print-out proposed findings of fact and conclusions of law for hand-up to the court if requested. | 10.00 | $460.00 | $4,600.00 |
| OCT-20-14 | CDC | Attend final pretrial conference and return travel (7). | 8.50 | $460.00 | $3,910.00 |
| OCT-24-14 | JLN | Review mult. correspondence re: trial schedule. | 0.50 | $260.00 | $130.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| NOV-03-14 | JLN | Edit proposed findings of fact and conclusions of law; finalize and file; meet with JAO re: same; review UMI's proposed findings of fact, trial brief, and summary of deposition testimony. | 4.00 | $260.00 | $1,040.00 |
| NOV-03-14 | JO | Draft letter to Judge Otero for CDC re courtesy copies of CMMC's proposed findings of fact and conclusions of law and notice of lodging thereto; draft e-mail to Judge Otero re same; prepare courtesy copies; send same. | 0.80 | $160.00 | $128.00 |
| NOV-04-14 | JO | E-mail courtesy copies to Judge Otero per Clerk's request; mult. e-mails w/ Clerk re same; O/C's w/ JLN re same. | 0.30 | $160.00 | $48.00 |
| NOV-08-14 | CDC | Trial preparation. | 8.00 | $460.00 | $3,680.00 |
| NOV-12-14 | JLN | Mult. communications with JAO re: notice of calendar conflicts; review and edit draft; finalize and file same. | 1.50 | $260.00 | $390.00 |
| NOV-12-14 | JO | Draft Notice of Calendar Conflicts for CDC; review and revise same; mult. communications w/ CDC and JLN re same; draft letter to Judge Otero re courtesy copies of same; prepare courtesy copies; Fed Ex same. | 4.00 | $160.00 | $640.00 |
| NOV-13-14 | JLN | T/C/W Tanya Irwin re: exhibit binders for trial; review standing order and follow-up with CDC re: same. | 0.50 | $260.00 | $130.00 |
| NOV-14-14 | JLN | Prepare trial exhibit binders; meet with JAO re: same. | 0.50 | $260.00 | $130.00 |
| NOV-14-14 | JO | Prepare binders for CDC w/ Plaintiff exhibits, Defendant's exhibits, and depositions for trial. | 1.00 | $160.00 | $160.00 |
| NOV-15-14 | CDC | Prepare for trial. | 10.00 | $460.00 | $4,600.00 |
| NOV-17-14 | | Travel to Los Angeles (working on plane, writing direct exam questions on iPad).) | 7.00 | $460.00 | $3,220.00 |
| NOV-17-14 | JLN | Assist JAO finalize trial binders. | 1.00 | $260.00 | $260.00 |
| NOV-17-14 | JO | Create binders for witnesses and judge w/ plaintiff and defendant's exhibits; Fed Ex same to CDC in CA. | 2.00 | $160.00 | $320.00 |
| NOV-18-14 | CDC | Full day in Los Angeles; prepare for trial. Receive DeWitt's designations at last minute and work on counter-designations at Kinko's. Meet with clients to prepare them to testify. | 12.00 | $460.00 | $5,520.00 |
| NOV-18-14 | JLN | Correspondence with CDC re: Fromberg affidavit. | 0.20 | $260.00 | $52.00 |
| NOV-19-14 | CDC | Prepare for and attend day one of trial and prepare for day 2. | 12.00 | $460.00 | $5,520.00 |
| NOV-20-14 | CDC | Prepare for day 2; attend day 2 (two sessions); and prepare for day 3. | 12.00 | $460.00 | $5,520.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NOV-21-14 | CDC | Prepare for last day of trial (5) including review of law and work on proposed supplemental findings and closing argument; attend last day of trial and cross-examine Fromberg (3); and return travel to Chicago (6). | 14.00 | $460.00 | $6,440.00 |
| NOV-21-14 | JLN | Mult. communications with CDC and JAO re: supplemental statement of law and related legal research. | 3.00 | $260.00 | $780.00 |
| NOV-21-14 | JO | Assist JLN w/ preparing CMMC's Supplemental Statement of Law and Notice of Lodging thereto for filing; multiple O/C's w/ JLN re same; draft potential letter to Judge Otero. | 0.80 | $160.00 | $128.00 |
| NOV-21-14 | SDV | Legal research on the fraud provisions of the Illinois Franchise Disclosure Act, as well as the "substantially associated" prong of the three-part franchise test | 2.70 | $260.00 | $702.00 |
| NOV-23-14 | CDC | Emails with DeWitt to follow-up on citations. | 0.30 | $460.00 | $138.00 |
| NOV-24-14 | JLN | Review correspondence re: transcripts / invoices, citations to authority. | 0.30 | $260.00 | $78.00 |
| DEC-01-14 | CDC | Prepare for oral argument. | 1.00 | $260.00 | $260.00 |
| DEC-04-14 | CDC | Travel to CA for oral argument (reviewing trial transcripts on plane). | 7.00 | $460.00 | $3,220.00 |
| DEC-05-14 | CDC | Meet with Todd W. (1), final preparation (2) and then give oral argument in federal court (1.5); and return travel to Chicago (7). | 11.50 | $460.00 | $5,290.00 |
| DEC-17-14 | CDC | Review decision and discuss with clients (0.5) and reach out to DeWitt to see if they want to talk (.2) | 0.70 | $460.00 | $322.00 |
| DEC-17-14 | JLN | Review Judge Otero ruling. | 0.30 | $260.00 | $78.00 |
| DEC-23-14 | SDV | Legal research on C.D. Cal. local rules/format for proposed judgment/fees/costs, began preparing same; prepared internal memorandum for CDC re: legal standards for attorneys fees in C.D. Cal. | 6.00 | $260.00 | $1,560.00 |
| DEC-24-14 | CDC | Work on fee petition. | 6.00 | $460.00 | $2,760.00 |
| DEC-24-14 | SDV | Completed legal memo/draft motion for CDC for attorney fees in C.D. Cal.; communicated same to CDC | 5.00 | $260.00 | $1,300.00 |
| DEC-26-14 | CDC | Continue post-trial motion. | 5.00 | $460.00 | $2,300.00 |
| DEC-26-14 | SDV | Meeting w/CDC re: atty fee's motion/format/proposed judgment. | 0.20 | $260.00 | $52.00 |
| DEC-28-14 | SDV | Revised proposed final judgment, send same to CDC. | 0.80 | $260.00 | $208.00 |
| DEC-29-14 | SDV | Coordinate w/CAN & CDC re: final version and filing of proposed final judgment; reviewed local rules re: same, supervising final filing. | 2.00 | $260.00 | $520.00 |
| DEC-31-14 | SDV | Revised motion for attorneys fees, sent completed draft to CDC. | 4.00 | $260.00 | $1,040.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-----------|-------------|-------|------|--------|
| JAN-09-15 | SDV | Reviewed procedure for filing bill of costs. | 0.30 | $260.00 | $78.00 |
| JAN-14-15 | SDV | Continued to research proper filing procedure for bill of costs; reviewed client files re: bill of costs. | 0.80 | $260.00 | $208.00 |
| | | Total hours for this invoice | 779.40 | | |
| | | Total amount of this invoice | | | $268,574.00 |

| MESSAGE |
|---------|
| Attested by Carmen D. Caruso |