# EXHIBIT 2A

# HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

May 02, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #  53480

In Reference To: *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

Professional Services

| | Hours | Amount |
|---|---|---|
| 3/28/2013 SSK  Read and review background materials regarding status of proceedings and course of action to be taken immediately in Los Angeles federal court. | 0.70 | 350.00 |
| SSK  Telephone conference with attorney North regarding status and course of action, including pending matters to be addressed immediately and level of assistance required. | 0.80 | 400.00 |
| 4/1/2013 SSK  Telephone conference with attorneys Caruso and North, and T. Wheatcraft regarding background facts and proceedings, including status and course of action to be taken Los Angeles federal court. | 1.20 | 600.00 |
| SSK  Review and revise Rule 26(f) report for filing. Telephone conferences and e-mail messages with attorneys DeWitt, North and Caruso regarding same and status and course of action. Begin reading and reviewing pertinent pleadings regarding same. | 2.80 | 1,400.00 |
| 4/2/2013 SSK  Preparation of *pro hac vice* proposed order for attorney Caruso. E-Mail to/from Chicago counsl regarding same and course of action. | 0.20 | 100.00 |
| 4/4/2013 SSK  Preparation of stipulation and proposed order regarding defendants' motion to strike and add third party defendant and claims. Telephone conferences and e-mail messages with attorney DeWitt regarding same and court's minute order vacating hearing date and continuing scheduling conference. | 2.60 | 1,300.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/4/2013 | SSK | Telephone conferences and e-mail messages with attorneys Caruso and North regarding pending motions, court's minute order vacating hearing date and related matters. Read and review materials regarding pending motions and pertinent prior proceedings. | 0.70 | 350.00 |
|  | SSK | Preparation of notice of appearance and notice of interested parties. Telephone conference with T. Wheatcraft regarding same and course of action. | 0.20 | 100.00 |
| 4/5/2013 | SSK | Telephone conference and e-mail with attorney DeWitt regarding stipulation and order. Prepare revisions for filing and service. | 0.30 | 150.00 |
| 4/9/2013 | SSK | Preparation of Rule 26(a)(1) disclosures. E-Mail to/from attorneys Caruso and North regarding same and opposition to pending motions. | 0.20 | 100.00 |
|  | SSK | Preparation and finalization of *pro hac vice* application from attorney Caruso and order. | 0.20 | NO CHARGE |
| 4/10/2013 | SSK | Read and review entered order allowing opposition to motion to strike and add third-party defendant. E-Mail to/from Chicago counsel regarding same. | 0.10 | 50.00 |
| 4/12/2013 | SSK | Read and review draft opposition from attorney North regarding motion to strike and add third party claims and parties. Conference with D. Householder regarding same. | 0.20 | 100.00 |
|  | DAH | Review draft of opposition to motion to amend to determine if additional arguments should be made in opposition brief; research regarding same; conference with S. Karic regarding same | 1.20 | 456.00 |
| 4/15/2013 | SSK | Revise and finalize opposition to motion to strike and add third-party claim. | 0.60 | 300.00 |
| 4/16/2013 | SSK | Read and review filed opposition papers from CM/ECF system. E-Mail to/from attorney Casuso regarding same. | 0.20 | NO CHARGE |
| 4/18/2013 | SSK | E-Mail to/from attorney DeWitt regarding service and filing papers on attorney Yoss. | 0.10 | NO CHARGE |
| 4/23/2013 | SSK | Read and review defendant's reply brief regarding motion to strike and add third-party counter-defendant. E-Mail to/from attorney Caruso regarding scheduling conference. | 0.20 | 100.00 |
| 4/25/2013 | SSK | Telephone conference with attorney Caruso regarding scheduling conference. | 0.30 | 150.00 |

Chicago Male Medical CLinic, LLC                                                                                                      Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/26/2013 | SSK | Preparation for appearance scheduling conference, including reviewing pleadings, motions, and reports to court. | 1.60 | 800.00 |
| 4/29/2013 | SSK | Court appearance at scheduling conference, downtown Los Angeles, including travel. | 2.20 | 1,100.00 |
|  | SSK | Correspondence and e-mail with attorney Caruso regarding scheduling conference. | 0.30 | 150.00 |
|  |  | For professional services rendered | 16.90 | $8,056.00 |

Additional Charges :

| 4/24/2013 | SSK | First Legal Support Services - Deliver Chambers Copy to Judge Otero @ USDC - Los Angeles on 4/05/13 | 27.52 |
|---|---|---|---:|
|  | SSK | First Legal Support Services - Deliver Chambers Copy to Judge Otero @ USDC - Los Angeles on 4/08/13 | 33.79 |
|  | SSK | First Legal Support Services - File pro hac vice application and order, pay filing fee @ USDC - Los Angeles on 4/09/13 | 57.23 |
| 4/29/2013 | SSK | Parking Fee at USDC for scheduling conference. | 6.00 |
| 4/30/2013 | SSK | Scanned copying / imaging / printing - April 2013 | 370.00 |
|  |  | Total additional charges | $494.54 |
|  |  | Total amount of this bill | $8,550.54 |

Accounts receivable transactions

| 5/2/2013 | Payment from account | ($8,550.54) |
|---|---|---:|
|  | Total payments and adjustments | ($8,550.54) |
|  | Retainer Deposit | $8,550.54 |
|  | Balance due | $8,550.54 |

Chicago Male Medical CLinic, LLC                                                              Page    4

|  |  | Amount |
|---|---|---:|
| | Client funds transactions | |
| | Previous balance of Trust | $0.00 |
| 4/9/2013 | Deposit to account. Check No. 1141 | $10,000.00 |
| 5/2/2013 | Payment from account | ($8,550.54) |
| | New balance of Trust | $1,449.46 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| David A. Householder | 1.20 | 380.00 | $456.00 |
| Steven S. Karic | 15.20 | 500.00 | $7,600.00 |

# HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

June 05, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #  53644

In Reference To:   *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
                   **OUR FILE NO. 2481**

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 5/1/2013 SSK | Telephone conference with C. Caruso regarding mediation. | 0.10 | 50.00 |
| SSK | Telephone conference with C. Caruso and T. Wheatcraft regarding mediation. | 0.30 | 150.00 |
| SSK | Telephone conference and e-mail message with attorney DeWitt regarding settlement conference. Read and review Scheduling Order. | 0.20 | 100.00 |
| 5/2/2013 SSK | Read and review erroneous orders from court. Telephone conference with magistrate judge's clerk regarding same and order setting settlement conference. E-Mail to/from attorney Caurso regarding same and course of action. | 0.30 | 150.00 |
| 5/3/2013 SSK | Read and review settlement conference order. E-Mail with attorney Caruso regarding same and course of action. | 0.30 | 150.00 |
| 5/22/2013 SSK | E-Mail to/from attorneys Caruso and North regarding settlement demand. Prepare settlement demand. E-Mail to/from attorneys DeWitt and Yoss regarding settlement demand. | 0.90 | 450.00 |
| 5/24/2013 SSK | Read and review defendants' counter-offer of settlement. E-Mail to/from clients and attorneys Caruso and North regarding same and course of action. | 0.30 | 150.00 |
| 5/28/2013 SSK | Preparation of response to settlement counter-offer. E-Mail to/from attorney Caruso and clients regarding same. E-Mail to/from opposing counsel regarding settlement response. | 0.30 | 150.00 |

Chicago Male Medical CLinic, LLC                                                                                                  Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 5/28/2013 SSK | Telephone conference and e-mail message with T. Wheatcraft regarding response to settlement counter-offer and upcoming settlement conference. | 0.20 | 100.00 |
| 5/29/2013 SSK | Begin reading and reviewing selected pleadings and pertinent proceedings and evidence in preparation for settlement conference. | 1.70 | 850.00 |
| 5/30/2013 SSK | Review, revise and finalize confidential settlement statement for settlement conference. E-Mail clients and attorneys Caruso and North regarding same. | 1.80 | 900.00 |
| 5/31/2013 SSK | Preparation for settlement conference, including review and analysis of pleadings, summary judgment motion papers, and deposition transcripts. | 3.80 | 1,900.00 |

        For professional services rendered                                                                         10.20  $5,100.00

Additional Charges :

| 5/1/2013 SSK | First Legal Support Services - Chambers Copy to Judge Otero @ USDC - Los Angeles on 4/17/13 | 33.79 |
|---|---|---|
| 5/31/2013 SSK | Scanned imaging / printing - May 2013 | 21.00 |

    Total additional charges      $54.79

    Total amount of this bill      $5,154.79

6/5/2013 Payment from account      ($1,449.46)

    Total payments and adjustments      ($1,449.46)

    Retainer Deposit      $10,000.00

    Balance due      $13,705.33

    Client funds transactions

    Previous balance of Trust      $1,449.46
6/5/2013 Payment from account      ($1,449.46)

    New balance of Trust      $0.00

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Steven S. Karic | 10.20 | 500.00 | $5,100.00 |

# HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

July 03, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #   53845

In Reference To: *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/4/2013 | SSK | Continued preparation for settlement conference, including review and analysis of pleadings, summary judgment motion papers, and deposition transcripts. | 5.30 | 2,650.00 |
| 6/5/2013 | SSK | Telephone conference with attorney Caruso regarding settlement conference and damages. | 0.10 | 50.00 |
|  | SSK | Final preparation for settlement conference. | 2.20 | 1,100.00 |
| 6/6/2013 | SSK | Court appearance at settlement conference in Riverside, including travel to/from courthouse.  conferences with clients regarding same.  Telephone conference with attorney Caruso regarding status of settlement proceedings and course of action. | 7.40 | 3,700.00 |
|  |  | For professional services rendered | 15.00 | $7,500.00 |

Additional Charges :

| 6/6/2013 | SSK | Parking Fee at Riverside Courthouse for Settlement Conference on 6/6/2013. | 8.00 |
|---|---|---|---:|
| 6/30/2013 | SSK | Scanned imaging / printing - June 2013 | 201.20 |
|  |  | Total additional charges | $209.20 |

|  | Amount |
|---|---:|
| Total amount of this bill | $7,709.20 |
| Previous balance | $3,705.33 |
| Retainer Deposit | $10,000.00 |
| Balance due | $21,414.53 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Steven S. Karic | 15.00 | 500.00 | $7,500.00 |

# HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

August 05, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #   54114

In Reference To:   *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 7/18/2013 SSK | Read and review defendant's document request. E-Mail to/from attorneys DeWitt and Caruso regarding same. | 0.10 | NO CHARGE |
| | For professional services rendered | 0.10 | $0.00 |
| | Previous balance | | $11,414.53 |
| | Retainer Deposit | | $10,000.00 |
| | Balance due | | $21,414.53 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $7,709.20 | $3,705.33 | $0.00 | $0.00 |

**HAMBURG, KARIC, EDWARDS & MARTIN LLP**
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

September 04, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #  54149

In Reference To: *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

|  | Amount |
|---|---|
| Previous balance | $11,414.53 |
| Accounts receivable transactions | |
| 8/29/2013 Payment from account | ($9,414.53) |
| Total payments and adjustments | ($9,414.53) |
| Balance due | $2,000.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |

Client funds transactions

| | |
|---|---|
| Previous balance of Trust | $0.00 |
| 8/26/2013 Deposit to account. Check No. 1675 | $9,414.53 |
| 8/29/2013 Payment from account | ($9,414.53) |
| New balance of Trust | $0.00 |

# HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

October 03, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #   54311

In Reference To:   *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

|  | Amount |
|---|---|
| Previous balance | $2,000.00 |
| Balance due | $2,000.00 |

| Current | 30 Days | 60 Days | 90 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 |

HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

November 05, 2013

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #  153705

In Reference To:  *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

| | Amount |
|---|---|
| Previous balance | $2,000.00 |
| Accounts receivable transactions | |
| 10/24/2013 Payment from account | ($2,000.00) |
| Total payments and adjustments | ($2,000.00) |
| Balance due | $0.00 |
| Client funds transactions | |
| Previous balance of Trust | $0.00 |
| 10/22/2013 Deposit to account. Check No. 1217 | $2,000.00 |
| 10/24/2013 Payment from account | ($2,000.00) |
| New balance of Trust | $0.00 |

# HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

June 09, 2014

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice #   55416

In Reference To:   *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 5/21/2014 | SSK | Telephone conference with attorney DeWitt regarding status conference. Telephone conference with T. Wheatcraft regarding same and course of action. Email with attorney Caruso regarding same. | 0.30 | 150.00 |
| | SSK | Read and review status conference papers. Telephone conference with client regarding same and course of action, including substitution. | 0.20 | 100.00 |
| 5/22/2014 | SSK | Telephone conference and email with attorney Graham regarding substitution. Prepare substitution request. | 0.30 | 150.00 |
| For professional services rendered | | | 0.80 | $400.00 |
| Balance due | | | | $400.00 |

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Steven S. Karic | 0.80 | 500.00 | $400.00 |

HAMBURG, KARIC, EDWARDS & MARTIN LLP  
1900 Avenue of the Stars, Suite 1800  
Los Angeles, California 90067-4409  
TEL: (310) 552-9292  
FAX: (310) 552-9291

FIN: 95-4682312

July 02, 2014

Chicago Male Medical CLinic, LLC  
ATTN: Todd Wheatcraft  
17W662 Butterfiled Road  
Suite 300  
Oakbrook Terrace, IL 60181

Invoice #  55480

In Reference To: **Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.**  
**OUR FILE NO. 2481**

Additional Charges :

| | Amount |
|---|---|
| 5/31/2014 SSK  First Legal Support Services - Courtesy Copy to Judge @ USDC - Los Angeles on 5/23/14 | 17.50 |
| Total additional charges | $17.50 |
| Previous balance | $400.00 |
| Balance due | $417.50 |

HAMBURG, KARIC, EDWARDS & MARTIN LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
TEL: (310) 552-9292
FAX: (310) 552-9291

FIN: 95-4682312

August 05, 2014

Chicago Male Medical CLinic, LLC
ATTN: Todd Wheatcraft
17W662 Butterfiled Road
Suite 300
Oakbrook Terrace, IL 60181

Invoice # 161915

In Reference To: *Chicago Male Medical Clinic, LLC v. Ultimate Management, Inc.*
**OUR FILE NO. 2481**

| | Amount |
|---|---|
| Previous balance | $417.50 |
| Accounts receivable transactions | |
| 7/14/2014 Write-Off - Courtesy Adjustment | ($417.50) |
| Total payments and adjustments | ($417.50) |
| Balance due | $0.00 |