CARMEN D. CARUSO LAW FIRM
Carmen D. Caruso
Illinois State Bar No. is 6189462
(Admitted *pro hac vice*)
cdc@cdcaruso.com
77 West Washington, Suite 1900
Chicago, Ill. 60602
Tel. (312) 626-1160; fax (312) 276-8646

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHICAGO MALE MEDICAL CLINIC, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> ULTIMATE MANAGEMENT, INC. and JEFFREY FROMBERG. <br><br> Defendants. <br><br> ULTIMATE MANAGEMENT, INC. <br><br> Counterclaimant, <br><br> vs. <br><br> CHICAGO MALE MEDICAL CLINIC, LLC. <br><br> Counterdefendant. | Case Number 5:13-cv-00199-SJO-OP <br><br> Hon. S. James Otero <br> United States District Judge <br><br> **ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** <br><br> [RULE 4.1 (a) and 69 of the Federal Rules of Civil Procedure] <br><br> [No Hearing Required] |

[PROPOSED] ORDER FOR SERVICE OF PROCESS BY

REGISTERED PROCESS SERVER - 1

# ORDER FOR SERVICE OF PROCESS
# BY REGISTERED PROCESS SERVER

This Court, pursuant to Rules 4.1 (a) and 69 of the Federal Rules of Civil Procedure, herby orders that a process server from LaSalle Process Servers L.P., who is at least 18 years of age, of suitable discretion and not a party within action to be authorized and appointed to serve the writs for Plaintiff CHICAGO MALE MEDICAL CLINIC, LLC in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Date: May 26, 2015

By: *S. James Otero*
Hon. S. James Otero
United State Magistrate Judge

Submitted by:                CARMEN D. CARUSO LAW FIRM

Dated: April 14, 2015        By: /s/ Carmen D. Caruso
                                 Carmen D. Caruso
                                 Attorney for Plaintiff

[PROPOSED] ORDER FOR SERVICE OF PROCESS BY

REGISTERED PROCESS SERVER - 2